IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 05 2019

JEFFREY P. COLWELL
CLERK

Criminal Case No. 1:19-cr-00280-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANISH RASHID,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

1. On or about and between June 2017 and November 2018, both dates being approximate and inclusive, PRINCIPAL, an individual known to the United States Attorney, together with others, devised and intended to devise a scheme and artifice to defraud victims across the United States and elsewhere, by obtaining property, to wit United States currency, money orders, gift cards, and other things of value, by means of false and fraudulent pretenses, representations and promises relating to alleged tech support services and refunds for those alleged services.

2. On or about August 4, 2018, in the State and District of Colorado and elsewhere, for the purposes of executing the scheme and artifice, defendant DANISH RASHID knowingly and intentionally aided and abetted PRINCIPAL, who knowingly transmitted and caused to be transmitted by means of a wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, to wit a

Western Union money transfer of $1,000 from Victim D.O. in Wisconsin to the Defendant in Colorado Springs, Colorado.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATIONS

3. The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1).

4. Upon conviction of the respective violation alleged in Count 1 in violation of Title 18, United States, Section 1343 the defendant DANISH RASHID shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1), and Title 28, United States Code, Section 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, including, but not limited to a sum of money in United States currency, in an amount equal to the gross proceeds of the offenses;

5. If any of the property described in paragraph 4 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), incorporating the provisions of Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

JASON R. DUNN
United States Attorney

By: /s Bryan David Fields
Bryan David Fields
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Bryan.Fields3@usdoj.gov
Attorney for Government

3