| | |
|---|---|
| <u>DEFENDANT:</u> | DANISH RASHID |
| <u>AGE/YOB:</u> | 1990 |
| <u>COMPLAINT FILED?</u> | __X__ Yes  _____ No<br>If Yes, MAGISTRATE CASE NUMBER 18-mj-1202-NRN |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   _X_ Yes   __ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S):</u><br><u>LOCATION OF OFFENSE:</u> | 18 U.S.C. §§ 2 and 1343 (Aiding and Abetting Wire Fraud)<br>Denver, Colorado |
| PENALTY: | **Count 1 Wire Fraud**: NMT 20 years' imprisonment; fine of $250,000 or 2x gain/loss, whichever is greater (or both a fine and imprisonment); NMT 3 years' supervised release; restitution, and a SA fee of $100 |
| AGENT: | Justin Stern<br>Special Agent, FBI |
| <u>AUTHORIZED BY:</u> | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will **not** seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant