AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado ▾

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 18-mj-1202 |
| Danish Rashid ) | 19-cr-00280-WJM |
| ) | |
| Defendant ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/05/2019

*[signature]*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Jennifer Beck
Printed name of defendant's attorney

*[signature]*
Judge's signature

Hon. Michael E. Hegarty, USMJ
Judge's printed name and title