IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00280-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANISH RASHID,

       Defendant.

---

NOTICE OF DISPOSITION

---

Defendant, Danish Rashid, by and through counsel, Jennifer Beck, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

Respectfully submitted this 21st day of June, 2019.

                            Respectfully submitted,

                            VIRGINIA L. GRADY
                            Federal Public Defender

                            s/ Jennifer Beck
                            Jennifer Beck
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:  (303) 294-7002
                            FAX:  (303) 294-1192
                            Jennifer_Beck@fd.org
                            Attorney for Defendant

# CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Bryan Fields, Assistant United States Attorney
    Email:  bryan.fields3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Danish Rashid (via U.S. Mail)

                                 s/ Jennifer Beck
                                 Jennifer Beck
                                 Assistant Federal Public Defender
                                 633 17th Street, Suite 1000
                                 Denver, CO  80202
                                 Telephone:  (303) 294-7002
                                 FAX:  (303) 294-1192
                                 Jennifer_Beck@fd.org
                                 Attorney for Defendant