IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00280-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANISH RASHID,

       Defendant.

---

## NOTICE OF APPEARANCE
---

      Assistant Federal Public Defender Warren R. Williamson hereby enters his appearance in the above-captioned case.

                                  Respectfully submitted,

                                  VIRGINIA L. GRADY
                                  Federal Public Defender

                                  <u>/s/ Warren R. Williamson</u>
                                  WARREN R. WILLIAMSON
                                  First Assistant Federal Public Defender
                                  633 Seventeenth Street, Suite 1000
                                  Denver, Colorado  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  Email:  Rick_Williamson@fd.org
                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Bryan David Fields, Assistant U.S. Attorney
Email:  bryan.fields3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Danish Rashid
via U.S. mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender

2