IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00280-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANISH RASHID,

      Defendant.

_____

**JOINT MOTION TO CONTINUE
SENTENCING HEARING**
_____

      Danish Rashid, through the Office of the Federal Public Defender, and undersigned counsel Jennifer Beck, respectfully requests that the Sentencing hearing set for February 5, 2020, be continued to a date on or after February 10, 2020.  Assistant United States Attorney Bryan Fields joins in this request.  In support thereof, undersigned counsel states as follows:

      1.      Mr. Rashid's sentencing is currently scheduled for February 5, 2020. Doc No. 11.

      2.      Undersigned counsel was diagnosed with influenza on Saturday, February 1, 2020. While undersigned counsel is currently taking antiviral medication, counsel is still contagious[1] and too sick to attend work.  Counsel anticipates being able to return to work on Monday, February 10, 2020.

      3.      The parties jointly request that the sentencing be rescheduled on or after February 10, 2020.

---

[1] "How Flu Spreads", Centers for Disease Control and Prevention, https://www.cdc.gov/flu/about/disease/spread.htm (last accessed February 3, 2020).

2

4. A continuance of this hearing will not prejudice Mr. Rashid. He has been on pretrial release since the beginning of this case, June 5, 2019. Doc. No. 2. He has not had any violations of pretrial release.

5. Failure to grant a continuance, however, will prejudice Mr. Rashid. While the Court may believe that substitute counsel can appear on behalf of Mr. Rashid on February 5, 2020, that option doesn't guarantee Mr. Rashid's Sixth Amendment right to effective assistance of counsel. Undersigned counsel has been Mr. Rashid's attorney since June 24, 2019. Doc. No. 9. He requests that undersigned counsel remain on his case. Undersigned counsel knows the intricacies of this case, Mr. Rashid's history and characteristics, and other relevant background to best argue at his sentencing hearing. Mr. Rashid has the right to effective assistance of counsel. U.S. Const. amend. VI. Furthermore, the Sixth Amendment "commands […] that a particular guarantee of fairness be provided – to wit, that the accused by defended by the counsel he believes to be best." U.S. v. Gonzalez-Lopez, 126 S. Ct. 2557, 2562 (2006). Moreover, eleven people in the Office of the Federal Defender are currently out sick with the flu and flu-like illnesses. It is unlikely someone can be available and get up to speed to be effective for Mr. Rashid on February 5, 2020.

WHEREFORE, undersigned counsel respectfully requests that the Sentencing Hearing set on February 5, 2020, be continued to a date on or after February 10, 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Jennifer Beck
Jennifer Beck
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Bryan Fields, Assistant United States Attorney
    Email:  bryan.fields3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Danish Rashid (via U.S. Mail)

                                          s/ Jennifer Beck
                                          Jennifer Beck
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Jennifer_Beck@fd.org
                                          Attorney for Defendant