IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                          February 20, 2020
Courtroom Deputy:   Anna Frank
Court Reporter:        Mary George
Probation Officer:     Trisha Skalmusky
Interpreter:              Arun Budhiraja

---

Criminal Action No. 19-cr-280-WJM                Counsel:

UNITED STATES OF AMERICA,                        Brian Fields

      Plaintiff,

v.

DANISH RASHID,                                              Jennifer Beck

      Defendant.

---

## COURTROOM MINUTES

---

**Sentencing Hearing**

**9:32 a.m.        Court in session.**

Appearances of counsel. Also seated at Government's table is Special Agent Justin Stern with the Federal Bureau of Investigation. Defendant is present on bond.

Interpreter sworn. Defendant sworn.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Court's findings and conclusions.

**ORDERED:**   The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**   Defendant shall be imprisoned for 8 months as to Count 1 the Information. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:**   The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5).

**ORDERED:**   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**   Restitution shall be paid to the victim as stated in the Presentence Report [ECF 16] in the amount of $13,860.00, to be paid jointly and severally with defendant Safder Iqbal, Case No. 19-cr-135-WJM. Within 15 days of release from custody, the defendant shall meet with the probation officer to develop a payment plan, as stated on the record. Interest on restitution is waived.

**ORDERED:**   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Information, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as set forth in the Information.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal.

**10:38 a.m.   Court in recess.**

Total time in court: 1:06
Hearing concluded.